**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

-vs-                                                                               Case No.  6:07-cr-216-Orl-28KRS

**SAN JUANITA DELAROSA**

_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ADMISSION PRO HAC VICE (Doc. No. 23)** |
| **FILED:** | February 22, 2008 |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Michael Nielsen, Esq., is relieved of his appointment to represent Defendant De La Rosa. Richard R. Alamia, Esq., is permitted to appear specially in this case as counsel for Defendant De La Rose, with Attorney Nielsen appearing as retained local counsel.

Mr. Alamia shall immediately begin using the CM/ECF docket system and begin filing electronically.  Counsel must register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."  If counsel outside the Middle District of Florida are unable to take the training class offered by the Clerk's Office, counsel must take the tutorial offered on the website before using the system.

The Clerk of Court is directed to mail a copy of this Order to Mr. Alamia.  Thereafter, the Clerk of Court shall not mail copies of documents filed in this case to Mr. Alamia.  He will receive such documents electronically through CM/ECF.

**DONE** and **ORDERED** in Orlando, Florida on this 25th day of February, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States Attorney
Counsel for Defendant
Clerk of Court (Joan Calcutt)